DocuSign Envelope ID: 8DF1D22F-73E8-4079-B53D-D2208EC9EEDE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

*THOMAS J. OLSEN*, on behalf of himself and
all others similarly situated,

                                  Plaintiff,

             -against-

*Spinn Inc.*,

                                Defendant.

Civil Case No. 21-CV-00461

---

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Spinn Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective costs and fees.

Dated: New York, New York
         August 30, 2021

**Lipsky Lowe LLP**

By: _____
Douglas Lipsky, Esq.
420 Lexington Avenue, Suite 1830
New York, New York 10170
Telephone: (212) 392-4772
Email: doug@lipskylowe.com
*Attorneys for Plaintiff Thomas Olsen*

**DLA Piper LLP (US)**

By: _____
Cherelle Glimp, Esq.
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 335-4899
Email: Cherelle.Glimp@us.dlapiper.com

SO ORDERED.

S/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2021
       Brooklyn, New York